UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LIPSITZ,

                Plaintiff,

-against-

SHNEIOR HAREL and NATALIE ABALLI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/10/2024_

24 Civ. 146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 8, 2024, Defendants removed this case from Supreme Court, New York County. *See* ECF No. 1. Accordingly, by **January 17, 2024**, Plaintiff shall file a letter informing the Court whether he seeks to contest removal.

    Defendants shall serve this order on Plaintiff and file proof of service on the docket by **January 12, 2024**.

    SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge