UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/18/2024_

CHAIM LIPSITZ,

           Plaintiff,

-against-

SHNEIOR HAREL and NATALIE ABALLI,

           Defendants.

24 Civ. 146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 10, 2024, the Court ordered Plaintiff to advise the Court if he seeks to contest removal by January 17, 2024. ECF No. 3. The Court received two letters from Plaintiff prior to this deadline, ECF Nos. 9, 11, and neither indicated that he contests removal.

    Accordingly, the Court shall enter its initial pretrial scheduling order. The Clerk of Court is directed to terminate the motion at ECF No. 11.

    SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge