UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LIPSITZ,

Plaintiff,

-against-

SHNEIOR HAREL and NATALIE ABALLI,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/01/2024
```

24 Civ. 146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 23, 2024, the Court ordered the parties to submit their proposed joint case management plan and joint letter by March 28, 2024.  ECF No. 21.  Those submission are now overdue.  Accordingly, by **April 15, 2024**, the parties shall file their proposed case management plan and joint letter.

SO ORDERED.

Dated: April 1, 2024
New York, New York

ANALISA TORRES
United States District Judge