UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LIPSITZ,

          Plaintiff,

-against-

SHNEIOR HAREL and NATALIE ABALLI,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/2024
```

24 Civ. 146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In their proposed case management plan, the parties indicate that they consent to the jurisdiction of the Magistrate Judge. ECF No. 23-1 ¶ 1. Accordingly, by **April 23, 2024**, Defendant shall file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754.

    SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge