UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LIPSITZ,

                Plaintiff,

-against-

SHNEIOR HAREL and NATALIE ABALLI,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/01/2024
```

24 Civ. 146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In their proposed case management plan, the parties indicated that they consented to the jurisdiction of the magistrate judge. ECF No. 23-1 ¶ 1. The Court, therefore, ordered Defendants to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form by April 23, 2024. ECF No. 24. That submission is now overdue.

    Accordingly, by **May 6, 2024**, the parties shall either (1) file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or (2) file a letter indicating whether the consent to the magistrate judge's jurisdiction was in error.

    SO ORDERED.

Dated: May 1, 2024
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge