UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAIM LIPSITZ,

                     Plaintiff,

     - against -

SHNEIOR HAREL and NATALIE ABALLI,

                    Defendants.
------------------------------------------------------------X

**24 Civ. 146 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This diversity action comes before the undersigned following the parties' consent to proceed before a magistrate judge for all purposes. (*See* Dkt. Nos. 26, 27). Upon a review of the docket, the Court notes that, while Plaintiff filed an Amended Complaint on January 29, 2024 (Dkt. No. 17), no responsive pleading thereto has been filed despite multiple extensions of time which have resulted in the latest due date of March 21, 2024. (*See* Dkt. Nos. 18-21).

      On April 15, 2024, the parties submitted a joint letter with a proposed case management plan to Judge Torres. (Dkt. No. 23). The letter stated that the prospects for settlement were "very good" and that the parties were "nearing an agreement in princip[le] to resolve the issues raised in the Action." (*Id*.). The letter further noted that, should the matter not be resolved, Defendants would be seeking permission to file a motion to dismiss. (*Id*.). It is now over a month later and the parties have provided no further update.

      In light of the foregoing, the parties are hereby **ORDERED** to jointly update the Court as to the status of this matter by no later than **Friday, May 24, 2024**.

The status letter must include details as to what progress the parties have made in settlement negotiations, and what informal discovery, if any, has occurred.

Further, Defendants are **ORDERED** to file a pleading responsive to Plaintiff's Amended Complaint no later than **Friday, June 14, 2024**. The Court will be disinclined to grant any further extension of this deadline.

The parties are further **ORDERED** to consult and comply with the undersigned's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-gary-stein, as well as the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED:   New York, New York
         May 17, 2024

_____
GARY STEIN
United States Magistrate Judge