UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAIM LIPSITZ,

                    Plaintiff,

      - against -

SHNEIOR HAREL and NATALIE ABALLI,

                    Defendants.
------------------------------------------------------------X

24 Civ. 146 (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      By letter dated June 7, 2024, the parties jointly informed the Court that they "are on track for a settlement" and requested that Defendants' time to respond to the Amended Complaint be extended from June 14, 2024 to June 28, 2024. (Dkt. No. 33). On June 10, 2024, the Court granted the requested relief and required the parties to submit a joint status letter by June 14, 2024. (Dkt. No. 34). Since this Order, the parties have not provided a joint status letter and the Defendants have not responded to the Amended Complaint. As such, the parties **must** submit a joint status letter by July 10, 2024 updating the Court as to the status of this matter. Failure to comply with this Order may result in sanctions, including dismissal of the action. The Court extends *sua sponte* the Defendants' time to respond to the Amended Complaint to July 17, 2024.

      **SO ORDERED.**

DATED:   New York, New York
               July 3, 2024

                                                                                             GARY STEIN
                                                                           United States Magistrate Judge